IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
2002 SEP 26 P 4: 07

CATHLEEN J. DIEHL,
and BRIAN A. DIEHL

    Plaintiffs,

v.                                         CIVIL NO. L-02-397

UNITED STATES OF AMERICA,

    Defendant.

...oOo...

## AMENDED SCHEDULING ORDER

The Court, upon defendant's motion, and there being good cause therefore, enters the following amended scheduling order:

| | |
|---|---|
| Defendant's Rule 26(a)(2) disclosures re experts | December 26, 2003 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures re experts | January 10, 2003 |
| Rule 26(e)(2) supplementation of disclosures and responses | January 17, 2003 |
| **Discovery deadline: submission of status report** | February 12, 2003 |
| Requests for admission | February 18, 2002 |
| **Dispositive pretrial motions deadline** | March 10, 2002 |

*signed* Benson Legg 9/26/02
Benson Everett Legg
United States District Judge

(*) The above schedule allocates ample time for discovery, so there will be no further extensions. BEL

cc 9/27/02