# UNITED STATES DISTRICT COURT
### OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                                    Reply to Northern Division Address

March 25, 2003

Howard A. Janet, Esquire                    Nadira Clarke, AUSA
1829 Reisterstown Road, Suite 320           Office of U.S. Attorney
Baltimore, Maryland 21208

Re:    WDQ 02-397

Dear Counsel/Parties:

This case has been **reassigned** to the judge noted below.  Please note that the letter (s) preceding the case number above represent the initials of the judge to whom the case has been reassigned and who will hereafter handle all aspects of the case. **It is important that you use this case number on all subsequent papers.**  Any papers which fail to carry the correct case number may be returned to the sender.

All papers should be filed in the Clerk's Office, Room 4415   Please contact the staff members listed below regarding any problems or questions.

REASSIGNED TO JUDGE:  William D. Quarles
COURTROOM DEPUTY:
DOCKETING CLERK:      M. M. Starr

Sincerely,

Felicia C. Cannon, Clerk

By: _____
        Deputy Clerk

cc:    Judges Legg and Quarles
       Courtroom Deputy Clerks
       File
       Civil Report

U.S. District Court (5/2001) - Case reassignment letter

---

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov