# United States District Court
### DISTRICT OF MARYLAND

**CHAMBERS OF**
**WILLIAM D. QUARLES, JR.**
**UNITED STATES DISTRICT JUDGE**

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
410-962-0946
410-962-0868 (FAX)
MDD_WDQCHAMBERS@MDD.USCOURTS.GOV

June 23, 2003

Howard A. Janet, Esquire
Robin R. Smith, Esquire
Janet Willoughby Gershon Getz
 and Jenner LLC
1829 Reisterstown Road, Suite 320
Baltimore, MD 21208

Nadira Clarke, Esquire
Office of the United States Attorney
Garmatz Courthouse
101 W. Lombard Street, Sixth Floor
Baltimore, MD 21201

Re: Diehl, et al. v. United States   Civ. No. WDQ-02-397

Dear Counsel:

During our June 23, 2003 telephone conference, I set Tuesday, July 29, 2003, as the trial date for the above entitled case. The three to four day trial will begin at 9:30 a.m. in the Garmatz Courthouse, Courtroom 3A. The pretrial order is due by the close of business on July 18. A pretrial conference is unnecessary.

Despite its informality, this letter is an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

William D. Quarles, Jr.
United States District Judge