IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **CATHLEEN DIEHL**, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Civil No. WDQ-02-397 |
| ) | Trial Date: July 29, 2003 |
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| *Defendant.* ) | |
| ) | |

## ENTRY OF APPEARANCE AS CO-COUNSEL

Now comes Defendant, the United States of America, by and through counsel, and requests that the appearance of Kristine L. Sendek-Smith, Assistant United States Attorney, be entered as **co-counsel** for Defendant in the above-captioned case.

Date: June 23, 2003

Respectfully submitted,

Thomas M. DiBiagio
United States Attorney

By:  _____/s/_____
Kristine L. Sendek-Smith
Assistant United States Attorney
Federal Bar No. 26641
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201-2692
410-209-4974 (telephone)
410-962-2310 (facsimile)