UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
JAMES K. BREDAR
U.S. MAGISTRATE JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0950
(410) 962-2985 FAX

July 9, 2003

Robin R. Smith, RN, Esquire
Janet Willoughby Gershon Getz and
Jenner LLC
1829 Reisterstown Road, Suite 320
Baltimore, Maryland   21208

Larry Adams, AUSA
Office of the United States Attorney
United States Courthouse
101 West Lombard Street
Baltimore, Maryland   21201

Subject: *Cathleen J. Diehl, et ux. v. United States of America*
Civil No. L-02-397

Dear Counsel:

Please be advised that an additional settlement conference in the above-captioned case has been scheduled for **Wednesday, July 16, 2003, at 10:00 a.m.** to be held in my chambers (Room 8C, United States Courthouse, 101 West Lombard Street, Baltimore, Maryland).  It is required that the parties, or in the case of a corporation or partnership, an officer or other representative with complete authority to enter into a binding settlement, be present in person.  Attendance by the attorney for a party is not sufficient.  *See* Local Rule 607.3.  Please also be advised that the conference may take the entire day.

Notwithstanding the informal nature of this letter, it is an Order of the Court and the Clerk is directed to docket it as such.

Very truly yours,

/s/

James K. Bredar
United States Magistrate Judge

JKB/cw
cc: The Hon. Benson E. Legg
    Court file
    Chambers file