IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CATHLEEN J. DIEHL, et al.,                    *

       Plaintiffs,                              *

       v.                                       *        CIVIL NO. L-02-397

UNITED STATES OF AMERICA,                     *

       Defendant.                               *

**************

**ENTRY OF APPEARANCE**

To:  Clerk of the Court and all Parties of Record

       Please enter the appearance of Larry D. Adams, Assistant United States Attorney for

the District of Maryland as counsel for Defendant in the present case..

                       Respectfully submitted,

                       Thomas M. DiBiagio
                       United States Attorney

                             /s/
                _____
                       Larry D. Adams
                       Assistant United States Attorney
                       6625 United States Courthouse
                       101 West Lombard Street
                       Baltimore, Maryland 21201
                       (410) 209-4800

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was electronically filed and served

this __18th__ day of July, 2003 to all parties of record.


_____/s/_____
Larry D. Adams
Assistant United States Attorney
