IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CATHLEEN J. DIEHL,
and BRIAN A. DIEHL

    Plaintiffs,

v.                                        CIVIL NO. WDQ-02-397

UNITED STATES OF AMERICA,

    Defendant.

...oOo...

ORDER APPROVING SETTLEMENT
ON BEHALF OF THE MINORS

On this 21st day of October, 2003, the above-referenced matter came on for ~~hearing~~ consideration and approval by the Court as to the reasonableness of a settlement between the United States of America and Plaintiffs' minor children: McAaylie Diehl, Kealan Diehl, Kelcey Diehl, Eamon Diehl, and Quinnlyn Diehl ("the Diehl children" or "the minor children"), in the above-captioned action. The minor children appeared through Independent Counsel and Representative, Robert R. Michael. The Defendant, the United States of America, appeared through its counsel.

The complete and precise terms and conditions of the settlement are set forth in the Stipulation For Compromise Settlement And Release Of Federal Tort Claims Act Claims Pursuant To 28 U.S.C. § 2677 (hereinafter "Stipulation For Compromise"), attached hereto as Exhibit A. The Court has reviewed the Stipulation For Compromise, including the opinion letter of Robert R. Michael, attached as Exhibit 1  The Court is fully informed of the specifics of the full and final terms and conditions of the settlement. The Court understands that this settlement is contingent upon the satisfaction of the terms and conditions set forth in Exhibit A, including an Order

approving the settlement on behalf of the minor children. The Court finds that this settlement is fair, reasonable, and in the best interests of the minor children

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the settlement, as set forth in Exhibits A, is hereby approved. It is further Ordered that Cathleen J. Diehl and Brian A. Diehl, as next friend and parents, and Robert R. Michael, as Independent Counsel and Representative for McAaylie Diehl, Kealan Diehl, Kelcey Diehl, Eamon Diehl, and Quinnlyn Diehl, are authorized and required to sign the Stipulation For Compromise, along with any other documents that are necessary to consummate this settlement, on behalf of the minor children.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the "settlement amount" of One Million Dollars and No/100 ($1,000,000) shall be distributed according to the terms and conditions of the Stipulation For Compromise.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that attorneys' fees in this action shall be twenty-five percent (25%) of the settlement amount (28 U.S.C. § 2678) and shall be paid as provided in the Stipulation For Compromise.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, upon final execution of the Stipulation for Compromise and after the payment of the settlement amount by the United States, the above-captioned action will be dismissed with prejudice, with each party bearing its own costs, expenses and fees, consistent with the Court's Order under Local Rule 111

_____
WILLIAM D. QUARLES
United States District Judge

Dated this 27th day of October, 2003

APPROVED AS TO FORM AND CONTENT:

_____
Signature,
CATHLEEN DIEHL, Plaintiff
*Individually*


_____
Signature,
SSG. BRIAN DIEHL, Plaintiff
*Individually*


_____
Signature,
CATHLEEN DIEHL
*as Parent and Legal Guardian of*
McKaylie Diehl, Kealan Diehl, Kelcey Diehl,
Eamon Diehl, and Quinnlyn Diehl (Minors)


_____
Signature,
SSG. BRIAN DIEHL
*as Parent and Legal Guardian of*
McKaylie Diehl, Kealan Diehl, Kelcey Diehl,
Eamon Diehl, and Quinnlyn Diehl (Minors)




_____
Signature,
Robert R. Michael
*as Independent Counsel and Representative of*
McKaylie Diehl, Kealan Diehl, Kelcey Diehl,
Eamon Diehl, and Quinnlyn Diehl, minor children

APPROVED AS TO FORM AND CONTENT:

_____
Signature,
CATHLEEN DIEHL, Plaintiff
*Individually*


_____
Signature,
SSG. BRIAN DIEHL, Plaintiff
*Individually*


_____
Signature,
CATHLEEN DIEHL
*as Parent and Legal Guardian of*
McAaylie Diehl, Kealan Diehl, Kelcey Diehl,
Eamon Diehl, and Quinnlyn Diehl (Minors)


_____
Signature,
SSG. BRIAN DIEHL
*as Parent and Legal Guardian of*
McAaylie Diehl, Kealan Diehl, Kelcey Diehl,
Eamon Diehl, and Quinnlyn Diehl (Minors)


*Robert R. Michael* (signature)
_____
Signature,
Robert R. Michael
*as Independent Counsel and Representative of*
McAaylie Diehl, Kealan Diehl, Kelcey Diehl,
Eamon Diehl, and Quinnlyn Diehl, minor children

Thomas M. DiBiagio
United States Attorney

By: _____
Nadira Clarke
Assistant United States Attorney

_____
Larry D. Adams
Assistant United States Attorney

_____
Kristine Sendek-Smith
Assistant United States Attorney

*Attorneys for Defendant, United States of America*